No. 411. NEAL ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Wm. Harold Hitchcock* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Francis H. Horan* for respondent.

No. 412. TOWER HILL CONNELLSVILLE COKE Co. *v.* PIEDMONT COAL Co. ET AL. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John W. Davis, E. W. Knight, George E. Alter,* and *A. J. Barron* for petitioner. *Messrs. Edwin W. Smith, Arthur S. Dayton, E. C. Higbee,* and *Wm. M. Robinson* for respondents.

No. 413. CHESAPEAKE & OHIO RY. Co. *v.* ANDERSON. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. David H. Leake* for petitioner. *Mr. Charles C. Spencer* for respondent.

No. 415. WEINBERG *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Biggs* and *Mr. A. E. Gottschall* for the United States.

No. 416. DELARMI *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm.*